Andrew R. Wilson, OSB# 125006
Black, Chapman, Petersen & Stevens
221 Stewart Avenue, Suite 209
Medford, Oregon 97501
(541) 772-9850
(541) 779-7430 - FAX
litigation@blackchapman.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| KATHLEEN BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDRIY RUDEYKO, an individual, and DODO CARGO, INC., a foreign business corporation,<br><br>    Defendants. | Case No.:<br><br>**COMPLAINT**<br>Negligence - Personal Injury Action<br>(28 U.S.C. §1332)<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff alleges:

**JURISDICTION**

1

The Court has jurisdiction under 28 U.S.C. §1332 for the following reasons: The amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00. The plaintiff is and was at all times mentioned herein a citizen of the State of California. Defendant Andriy Rudeyko is an individual with a commercial driver's license based out of

-1- COMPLAINT

**BLACK, CHAPMAN, PETERSEN & STEVENS**
**ATTORNEYS AT LAW**
221 STEWART AVE., #209, MEDFORD, OR 97501
Phone: (541) 772-9850 / Fax: (541) 779-7430
litigation@blackchapman.com

Illinois. Based on belief, plaintiff alleges that defendant Rudeyko is an Illinois resident. Defendant Dodo Cargo, Inc. is an Illinois corporation conducting business in the State of Oregon.

2

Under 28 U.S.C. §1391(b)(2) and LR 3-2(a)(4), venue is proper in the District of Oregon, Pendleton Division, because the incident giving rise to this action occurred in Burns, Harney County, Oregon.

**GENERAL ALLEGATIONS**

3

This is a civil action for personal injuries sustained by plaintiff, a United States citizen and resident of Redding, California.

4

At all material times herein, defendant (hereinafter collectively "DODO"), was a foreign business corporation based out of Illinois. Based on belief, plaintiff alleges that DODO was doing business in the State of Oregon at the time of this crash.

5

At all material times herein, Andriy Rudeyko was an agent, servant and/or employee of DODO and was at all times acting in the course and scope of his agency, servitude or employment with this defendant.

-2- COMPLAINT

**BLACK, CHAPMAN, PETERSEN & STEVENS
ATTORNEYS AT LAW**
221 STEWART AVE., #209, MEDFORD, OR 97501
Phone: (541) 772-9850 / Fax: (541) 779-7430
litigation@blackchapman.com

**FACTUAL BASIS FOR CLAIM FOR RELIEF**

6

On or about April 7, 2025, plaintiff was lawfully driving her RV westbound on US Hwy. 20 near milepost 101, in Burns, Harney County, Oregon. Plaintiff slowed to turn left into an approaching parking lot/business. She activated her left turn signal well in advance of this turn. During this time, Andriy Rudeyko, who was driving a semi-truck owned by defendant DODO, accelerated and attempted to pass plaintiff and a semi-truck directly behind plaintiff. He slammed into the driver's side of plaintiff's motorhome as she was making her turn causing the resulting damages described below.

7

**CLAIM FOR RELIEF**
**(Negligence/Personal Injury – as to all Defendants)**

Plaintiff re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 6 above as though fully set forth herein.

8

The incident and resulting damages were caused by the negligence of defendant Rudeyko in one or more of the following particulars;

(a) Failing to keep his vehicle under proper control;

(b) Failing to keep and maintain a proper lookout;

(c) Attempting to make a dangerous pass on a two lane highway;

(d) Failing to yield the right-of-way to plaintiff; and

(e) Traveling at an excessive speed for the conditions then and there present.

-3- COMPLAINT

**BLACK, CHAPMAN, PETERSEN & STEVENS**
**ATTORNEYS AT LAW**
221 STEWART AVE., #209, MEDFORD, OR 97501
Phone: (541) 772-9850 / Fax: (541) 779-7430
litigation@blackchapman.com

9

The incident and resulting damages were caused by the negligence of defendant DODO in one or more of the following particulars;

(a) Failing to educate and train Rudeyko in the safe operations of DODO's vehicles;

(b) Hiring Rudeyko to drive DODO's vehicle when Dodo knew or should have known that Rudeyko was not competent to operate DODO's vehicles;

(c) In failing to have Rudeyko perform driving tests, which would have revealed that Rudeyko was not competent to safely operate DODO's vehicles; and,

(d) In failing to have or enforce a safety program which would have alerted Rudeyko to rules of the road and risks of motor vehicle accidents when operating DODO's vehicles;

10

As a result of defendant's negligence, plaintiff has suffered personal injuries as set forth below and has necessarily incurred charges for medical services in the reasonable amount of $17,091.71, and plaintiff will incur medical charges in the future in an amount currently unknown but for the purposes of this pleading alleged to be $50,000.00. Plaintiff reserves the right to amend her complaint to reflect updated and corrected amounts prior to trial.

11

As a result of defendant's negligence, plaintiff has suffered property damage and property damage related expenses in the amount of $65,000.00. Plaintiff reserves the right to amend her complaint to reflect updated and corrected amounts prior to trial.

/ / /

-4- COMPLAINT

**BLACK, CHAPMAN, PETERSEN & STEVENS**
**ATTORNEYS AT LAW**
221 STEWART AVE., #209, MEDFORD, OR 97501
Phone: (541) 772-9850 / Fax: (541) 779-7430
litigation@blackchapman.com

12

As a result of defendant's negligence, plaintiff suffered personal injuries consisting of injuries to her head, neck, right thumb, left shoulder, back, and left foot, which injuries are permanent and have caused and will continue to cause future pain and discomfort and interference with normal and usual activities, all to plaintiff's non-economic damages in an amount not to exceed $250,000.00.

**TRIAL BY JURY**

12

Pursuant to FRCP 38, plaintiff hereby demands trial.

**PRAYER FOR RELIEF**

WHEREFORE, plaintiff prays for judgment against defendants for medical damages in the reasonable amount of $67,091.71, property related damages in the reasonable amount of $65,000.00, non-economic damages in an amount not to exceed $250,000.00, and her costs and disbursements incurred herein.

DATED this 26th day of February 2026.

BLACK, CHAPMAN, PETERSEN & STEVENS

/s/Andrew R. Wilson
Andrew R. Wilson, OSB#125006
Phone: (541) 772-9850
awilson@blackchapman.com
Attorney for Plaintiff

-5- COMPLAINT

**BLACK, CHAPMAN, PETERSEN & STEVENS
ATTORNEYS AT LAW**
221 STEWART AVE., #209, MEDFORD, OR 97501
Phone: (541) 772-9850 / Fax: (541) 779-7430
litigation@blackchapman.com